IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02131-BNB

DAVID H. ISBERG,

      Plaintiff,

v.

COLORADO DEPT OF CORRECTIONS,
COLORADO STATE PAROLE BOARD,
DENVER HEALTH,
BOULDER COUNTY SHERIFF, and
SCOTT WOODS, Executive, CMI Columbine or CMI,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion to Serve Process by U.S. Mail to Defendant's [sic] Already Served Process in District Court" (Doc. # 14) is DENIED as premature.

      Dated: November 5, 2009