IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-02131-CMA-KMT

DAVID H. ISBERG,

    Plaintiff,

v.

DENVER HEALTH'S MERRIL CARTER, (official capacity),
FERNANDO KIM, M.D., (official capacity), and
BOULDER SHERIFF'S DEPT, Medical Manager (name unknown),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2010

GREGORY C. LANGHAM
                  CLERK

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED: January __25__, 2010

BY THE COURT:

*Christine M Arguello*
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02131-CMA-KMT

David H. Isberg
Boulder County Jail
3200 Airport Road
Boulder, CO 80301

US Marshal Service
Service Clerk
Service forms for: Merril Carter, Fernando Kim, and Boulder Sheriff's Department,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Merril Carter, Fernando Kim, and Boulder Sheriff's Department: AMENDED COMPLAINT FILED 12/03/09, AMENDED COMPLAINT FILED 12/08/09, ORDER FILED 1/14/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/26/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk