**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02131-CMA-KMT

DAVID H. ISBERG,

      Plaintiff,

v.

PAROLE OFFICER STEVE RUIZ,
DENVER HEALTH'S MERRIL CARTER, (official capacity),
FERNANDO KIM, M.D., (official capacity),
STATE OF COLORADO (name of policy maker unknown),
CMI [COLUMBINE'S] JOHN THOMS, (official capacity), and
BOULDER SHERIFF'S DEPT, Medical Manager (name unknown),

      Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

---

      The Court having considered Plaintiff's Motion To Dismiss Action (Doc. # 37), and having noted that no answer has been filed to date, hereby

      ORDERS that this action be DISMISSED WITHOUT PREJUDICE.

      DATED:  February __10__, 2010

                                       BY THE COURT:

                                       CHRISTINE M. ARGUELLO
                                       United States District Court Judge